UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FOR LAUDERDALE DIVISION

Case No.:  0:16-cv-61728-WJZ

SYMBOLOGY INNOVATIONS, LLC,

    Plaintiff

v.

BEST BUY CO., INC.,
BESTBUY.COM, LLC, and
BEST BUY STORES, L.P.,

    Defendants.

## JOINT MOTION TO DISMISS

WHEREAS, Plaintiff Symbology Innovations, LLC ("Plaintiff") and Defendants Best Buy Co., Inc., BestBuy.com, LLC, and Best Buy Stores, L.P. ("Best Buy Defendants") have resolved Plaintiff's claims for relief against Best Buy Defendants asserted in this case.

NOW, THEREFORE, Plaintiff and the Best Buy Defendants, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against Best Buy Defendants with prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

**SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**
4651 NORTH FEDERAL HIGHWAY
BOCA RATON, FL 33431


Dated August 24, 2016    Respectfully submitted,

| | |
|---|---|
| */s/ Joel B. Rothman* | */s/ Michael R. Whitt* |
| JOEL B. ROTHMAN | MICHAEL R. WHITT |
| Florida Bar No. 98220 | Florida Bar No. 0725020 |
| **SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW, PLLC** | **ROBINS KAPLAN LLP** |
| 4651 North Federal Highway | 711 Fifth Avenue South, Suite 201 |
| Boca Raton, FL 33431 | Naples, FL 34102 |
| 561.404.4350 – Telephone | 239.430.7070 – Telephone |
| 561.404.4335 – Facsimile | 239.213.1970 – Facsimile |
| Joel.Rothman@sriplaw.com | MWhitt@robinskaplan.com |
| | RBorden@robinskaplan.com |
| | AWamback@robinskaplan.com |
| **ATTORNEYS FOR PLAINTIFF SYMBOLOGY INNOVATIONS, LLC** | **ATTORNEYS FOR DEFENDANTS BEST BUY CO, INC., BESTBUY.COM, LLC, AND BEST BUY STORES, L.P.** |