UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-61728-CIV-ZLOCH

SYMBOLOGY INNOVATIONS, LLC,

    Plaintiff,

vs.                        **FINAL ORDER OF DISMISSAL**

BEST BUY CO, INC., BESTBUY.COM,
LLC, and BEST BUY STORES, L.P.,

    Defendants.
_____/

    THIS MATTER is before the Court upon the Joint Motion To Dismiss (DE 19) filed herein by all Parties. The Court has carefully reviewed said Motion, the entire court file and is otherwise fully advised in the premises.

    Accordingly, and after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Joint Motion To Dismiss (DE 19) filed herein by all Parties be and the same is hereby **GRANTED**;

    2. The above styled cause be and the same is hereby **DISMISSED** with prejudice; and

    3. To the extent not otherwise disposed of herein, all pending motions are **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 29th day of August, 2016.

                                  WILLIAM J. ZLOCH
                                  United States District Judge

Copies furnished:
All Counsel of Record